No. 4984.—PUEBLO, apldo., *v.* ARNAL, aplte.—
 Enero 18, 1934.

(Por la Corte, a propuesta del Juez Asociado Sr. Aldrey.)

POR CUANTO, el fiscal nos pide que desestimemos esta apelación por falta de alegato del apelante;

POR CUANTO, después de vencido el término que el apelante tiene para presentarnos su alegato y las prórrogas que para tal fin le concedimos durante un año y después de haberle negado una nueva prórroga y de estar presentada la moción de desestimación radicó su alegato por lo que es procedente la desestimación de su apelación por el motivo alegado por el fiscal;

POR CUANTO, a mayor abundamiento los motivos alegados para la apelación carecen de mérito porque el veredicto de culpabilidad rendido por el jurado está justificado por la prueba y porque el comentario hecho por dos jurados durante la vista del caso no justifica la concesión de un nuevo juicio:

POR TANTO, se desestima la apelación interpuesta por José Arnal contra la sentencia dictada en este caso y contra la resolución que le negó un nuevo juicio.

No. 5319.—PUEBLO, apldo., *v.* ECHEVARRÍA, aplte.—C. D. San Juan.
 Marzo 19, 1934.

Celebrada la audiencia para mostrar causa acordada por resolución de febrero 27, 1934. Atendidas las razones alegadas por el apelante en su moción de esta fecha y oído el informe favorable del Fiscal, se admite el alegato presentado por el apelante y se autoriza la continuación de este recurso.